# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ABDUL-HASIB AL-MUSAWWIR, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05-cv-00607 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| R. B. PHILLIPS, et. al., | ) | By: Hon. James C. Turk |
|     Defendant(s). | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), for failure to state a claim, and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 7th day of October, 2005.

/s/ James C. Turk
Senior United States District Judge